# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE JUNE PAK,<br><br>      Plaintiff,<br><br>  vs.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>      Defendants. | 1:13-cv-01606-GSA-PC<br><br>ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE<br>(Doc. 1.)<br><br>ORDER FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS |

      Jae June Pak ("Plaintiff") is a federal prisoner proceeding pro se with this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). On October 7, 2013, Plaintiff filed an unsigned civil complaint. (Doc. 1.) All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint, filed on October 7, 2013, is STRICKEN from the record for lack of signature;
2. The Clerk's Office shall send Plaintiff a form <u>Bivens</u> complaint;
3. Within thirty days from the date of service of this order, Plaintiff is required to file an amended complaint bearing Plaintiff's original signature; and
4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

    Dated:   **October 22, 2013**                    **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE